*William H. Allen* for respondents.

No. 250. REMLER Co. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Manuel Auerbach* and *Michael Leo Looney* for petitioner. *Solicitor General Marshall* for the United States.

No. 256. CADDO PARISH SCHOOL BOARD ET AL. *v.* UNITED STATES ET AL.;

No. 282. EAST BATON ROUGE PARISH SCHOOL BOARD ET AL. *v.* DAVIS ET AL.; and

No. 301. BOARD OF EDUCATION OF THE CITY OF BESSEMER ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Second Assistant Attorney General, and *Albin P. Lassiter* for petitioners in No. 256. *John F. Ward, Jr.,* for petitioners in No. 282. *Reid B. Barnes, William G. Somerville, Jr.,* and *John C. Satterfield* for petitioners in No. 301. *Solicitor General Marshall, Assistant Attorney General Doar, Louis F. Claiborne* and *David L. Norman* for the United States in Nos. 256 and 301. *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Norman C. Amaker, Charles H. Jones, Jr., Demetrius C. Newton, A. P. Tureaud, Oscar W. Adams, Jr., Orzell Billingsley, Jr., David H. Hood* and *Johnnie A. Jones* for individual respondents in all three cases. Reported below: 372 F. 2d 836, 949, 380 F. 2d 385.

No. 270. FURR'S, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *William L. Kerr* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 263. FLORENCE PRINTING CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied. *D. Laurence McIntosh* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli*